

## THOMPSON SALINAS
## RICKERS & MCDERMOTT, LLP
8140 N. MOPAC | WESTPARK 4, SUITE 250 | AUSTIN TX 78759

MARSHALL A. THOMPSON
CARLOS G. SALINAS

EMILY S. RICKERS
JAMES GERARD MCDERMOTT, II

May 7, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:    *Robert Alan Queeman v. State of Texas*, Cause No. 04-15-00015-CR

Dear Appellate Court:

Enclosed please find three blank CDs and a self-addressed stamped envelope. Please send a copy of the court reporter's record to our office at your earliest convenience. Should you have any questions please contact us at (512) 201-4083. Thank you for your assistance in this matter.

Respectfully,

James G. McDermott, II
Attorney at Law